# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov



RECEIVED
BY MAIL

NOV 0 4 2005

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

October 31, 2005

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: MDL-1431 -- In re Baycol Products Liability Litigation

> *Tom Bair, et al. v. Bayer Pharmaceuticals Corp.*, E.D. Missouri, C.A. No. 4:05-1525 RWS
> *Lonnie Casto, et al. v. Bayer Pharmaceuticals Corp.*, E.D. Missouri, C.A. No. 4:05-1526 CAS
> *Elaine Demery, et al. v. Bayer Pharmaceuticals Corp.*, E.D. Missouri, C.A. No. 4:05-1527 CEJ
> *Betty Asher, et al. v. Bayer Pharmaceuticals Corp.*, E.D. Missouri, C.A. No. 4:05-1528 RWS

Dear Mr. Sletten:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 13, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Dana S. Stewart
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Michael J. Davis
    Transferor Judges:   Judge Frederick R. Buckles; Judge Carol E. Jackson; Judge Rodney W. Sippel
    Transferor Clerk:    James Woodward

JPML Form 36

## *DOCKET NO. 1431*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE BAYCOL PRODUCTS LIABILITY LITIGATION*

*Tom Bair, et al. v. Bayer Pharmaceuticals Corp.*, E.D. Missouri, C.A. No. 4:05-1525
*Lonnie Casto, et al. v. Bayer Pharmaceuticals Corp.*, E.D. Missouri, C.A. No. 4:05-1526
*Elaine Demery, et al. v. Bayer Pharmaceuticals Corp.,* E.D. Missouri, C.A. No. 4:05-1527
*Betty Asher, et al. v. Bayer Pharmaceuticals Corp.*, E.D. Missouri, C.A. No. 4:05-1528

### *CONDITIONAL TRANSFER ORDER (CTO-64)*

On December 18, 2001, the Panel transferred 33 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 6,739 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Michael J. Davis.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Davis.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 18, 2001, 180 F.Supp.2d 1378 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Michael J. Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 31 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

David W. Bauman
David Danis Law Firm, P.C.
8235 Forsyth
Suite 1100
St. Louis, MO 63105

Philip S. Beck
Bartlit, Beck, Herman, Palenchar & Scott
54 West Hubbard Place
Suite 300
Chicago, IL 60610

John J. Carey
Carey & Danis, LLC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Adam L. Hoeflich
Bartlit, Beck, Herman, Palenehar & Scott
54 West Hubbard Street
Courthouse Place
Chicago, IL 60610

Dale I. Larson
Larson & King, LLP
2800 MN World Trade Center
30 East Seventh St.
St. Paul, MN 55101

Terry R. Lueckenhoff
Williams, Venker & Sanders, LLC
Ten South Broadway
Suite 1600
St. Louis, MO 63102-2740

Fred T. Magaziner
Dechert, LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Arthur Sadin
Sadin Law Firm, P.C.
1104 S. Friendship Drive
Suite A
Friendswood, TX 77546

Steven A. Schwartz
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041